Jean K. Auston, Herbert L. Anderson, Elizabeth B. Anderson, G. C. Stapleton as Receiver of the First National Bank of Ocala, Florida, and T. R. Baker, Appellants, vs. Anson F. Pray, Appellee.

## DIVISION A.

Appeal from the Circuit Court, Marion county; John G. Reardon, Court Commissioner.

*H. L. Anderson,* for Appellants.

No appearance for Appellee.

The bill in this cause was filed by the appellee against the appellants. There was decree for the complainant, and the defendants appeal. The decree is affirmed.